No. 82–195. MUELLER ET AL. *v.* ALLEN ET AL. C. A. 8th Cir. [Certiorari granted, *ante*, p. 820.] Motion of respondents for divided argument denied. Motion of Mountain States Legal Foundation et al. for leave to file a brief as *amici curiae* granted.

No. 82–708. SUMMA CORP. *v.* CALIFORNIA EX REL. STATE LANDS COMMISSION ET AL. Sup. Ct. Cal. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 82–840. WAINWRIGHT, SECRETARY, DEPARTMENT OF CORRECTIONS *v.* HENRY. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 82–1066. UNITED STATES *v.* PTASYNSKI ET AL. Appeal from D. C. Wyo. Motion of the Solicitor General to expedite consideration of the statement as to jurisdiction denied. JUSTICE BLACKMUN and JUSTICE O'CONNOR would grant this motion.

No. 81–2394. WESTINGHOUSE ELECTRIC CORP. *v.* TULLY ET AL. Appeal from Ct. App. N. Y. Probable jurisdiction noted limited to Question 1 presented by the statement as to jurisdiction. With respect to Question 2 presented by the statement as to jurisdiction, the appeal is dismissed for want of substantial federal question.

JUSTICE STEVENS, with whom JUSTICE MARSHALL joins, dissenting.

While I agree with the Court's conclusion that the second question in the jurisdictional statement is insubstantial, I do not believe a court of law has the power simultaneously to dismiss and to accept jurisdiction of a single appeal from a single judgment, I therefore do not join the Court's order.